June 23, 1969.

No. 1435. HAYES v. UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Wilfred C. Varn* and *Robert M. Ervin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. ——. CLEVELAND BOARD OF EDUCATION v. MASH-ETER, DIRECTOR OF HIGHWAYS. Sup. Ct. Ohio. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Donald J. Guittar* for applicant. *Paul W. Brown,* Attorney General of Ohio, and *I. Charles Rhoads,* Assistant Attorney General, in opposition.

No. ——. SLOAN v. LOCAL BOARD No. 1, BERNALILLO COUNTY, NEW MEXICO, ET AL. C. A. 10th Cir. Application for stay presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. *Solicitor General Griswold* in opposition.

No. 216. MARTONE v. MORGAN ET AL., 393 U. S. 12. Respondents requested to file a response to petition for rehearing within 30 days.

No. 2085, Misc. SAFEGUARD MUTUAL INSURANCE Co. v. FREEDMAN, U. S. CIRCUIT JUDGE, ET AL. C. A. 3d Cir. Motion to expedite denied. *Malcolm W. Berkowitz* and *Malcolm H. Waldron, Jr.,* on the motion.